**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant COUNTY OF SACRAMENTO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO ROBLES, | CASE NO. 2:17-cv-01580-JAM-GGH |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER** |
| COUNTY OF SACRAMENTO; SHERIFF SCOTT JONES, in his official capacity, DEPUTY HARDY (Badge No. 1434), DEPUTY DANIEL (Badge No. 645), DEPUTY MOVAHAN (Badge No. 452), DEPUTY PAM (Badge No. 31), SGT. M. LOPEZ (Badge No. 179), DEPUTY MATOON (Badge No. 1095), OFFICER S. ROBY (Badge No. 529), and Does 1-40, inclusive, | Complaint Filed: 07/31/2017 |
| Defendants. | |

Plaintiff PABLO ROBLES, by and through his counsel of record, hereby agrees to extend the time for Defendant COUNTY OF SACRAMENTO to respond to the Complaint of Plaintiff to November 10, 2017. Good cause exists for this extension, as the individual defendants have not been served, and Plaintiff is contemplating an amendment/correction to the complaint.

///
///
///
///

{01730082.DOCX} 1
**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER**

Respectfully submitted,

Dated: October 10, 2017

PORTER SCOTT
A PROFESSIONAL CORPORATION

By /s/John R. Whitefleet
    John R. Whitefleet
    Attorney for Defendant COUNTY OF SACRAMENTO

Dated: October 10, 2017

LAW OFFICE OF KEVIN W. HARRIS

By /s/Kevin W. Harris (authorized on 10/10/17)
    Kevin W. Harris
    Attorney for Plaintiff

**ORDER**

GOOD CAUSE appearing, the Court hereby grants an extension of time for Defendant COUNTY OF SACRAMENTO to respond to Plaintiffs' complaint to November 10, 2017.

**IT IS SO ORDERED.**

Dated: 10/10/2017                      /s/ John A. Mendez
                                                    United States District Court Judge