**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant COUNTY OF SACRAMENTO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO ROBLES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO; SHERIFF SCOTT JONES, in his official capacity, DEPUTY HARDY (Badge No. 1434), DEPUTY DANIEL (Badge No. 645), DEPUTY MOVAHAN (Badge No. 452), DEPUTY PAM (Badge No. 31), SGT. M. LOPEZ (Badge No. 179), DEPUTY MATOON (Badge No. 1095), OFFICER S. ROBY (Badge No. 529), and Does 1-40, inclusive,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 2:17-cv-01580-JAM-GGH<br><br>**STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT; ORDER**<br><br>Complaint Filed: 07/31/2017 |

　　　　Plaintiff PABLO ROBLES, by and through his counsel of record, hereby agrees to extend the time for Defendant COUNTY OF SACRAMENTO to respond to the Complaint of Plaintiff to December 10, 2017. Good cause exists for this extension, as the individual defendants have not been served, and Plaintiff now intends to amend the complaint which may include omitting certain defendants, obviating the need to serve them and/or will narrow the scope of the suit, and Plaintiff's counsel needs time to communicate with his client regarding the scope of the amendments.

///

{01740605.DOCX}　　　　　　　　　　　　　　　　1
**STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER**

Respectfully submitted,

Dated: November 8, 2017

PORTER SCOTT
A PROFESSIONAL CORPORATION

By /s/John R. Whitefleet
    John R. Whitefleet
    Attorney for Defendant COUNTY OF SACRAMENTO

Dated: November 8, 2017

LAW OFFICE OF KEVIN W. HARRIS

By /s/Kevin W. Harris (authorized on 11/8/17)
    Kevin W. Harris
    Attorney for Plaintiff

**ORDER**

GOOD CAUSE appearing, the Court hereby grants an extension of time for Defendant COUNTY OF SACRAMENTO to respond to Plaintiffs' complaint to December 10, 2017.

**IT IS SO ORDERED.**

Dated: 11/8/2017

/s/ John A. Mendez
U. S. District Court Judge

{01740605.DOCX}  2

**STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER**