**KEVIN W. HARRIS, SBN 133084**
**Attorney at Law**
1387 Garden Hwy., Suite 200
Sacramento, CA 95833
TEL: 916.271.0688
FAX: 855.800.4454
Attorneys for Plaintiff PABLO ROBLES

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
Attorneys for Defendant COUNTY OF SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO ROBLES, | CASE NO. 2:17-cv-01580-JAM-GGH |
| Plaintiff, | |
| v. | **STIPULATION FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT; ORDER** |
| COUNTY OF SACRAMENTO; SHERIFF SCOTT JONES, in his official capacity, DEPUTY HARDY (Badge No. 1434), DEPUTY DANIEL (Badge No. 645), DEPUTY MOVAHAN (Badge No. 452), DEPUTY PAM (Badge No. 31), SGT. M. LOPEZ (Badge No. 179), DEPUTY MATOON (Badge No. 1095), OFFICER S. ROBY (Badge No. 529), and Does 1-40, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant COUNTY OF SACRAMENTO, by and through their undersigned counsel, pursuant to Eastern District Local Rule 143 and 144 as follows:

///

///

{01794777.DOCX}   1
**STIPULATION TO FILE FAC; [PROPOSED] ORDER**

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

1) The parties have met and conferred regarding deficiencies and ambiguities in the Complaint filed, and Defendants' previously pending Motion to Dismiss.

2) In the interest of expediting this matter, the parties agree that a First Amended Complaint would clarify Plaintiff's position and allegations, resolve some of the errors and omission Plaintiff believes needed to be corrected, and address some of the technical deficiencies raised in the prior Motion to Dismiss.

3) The parties stipulate and further respectfully request that the Court grant Plaintiff leave to file a First Amended Complaint, which will be lodged.

4) The parties further stipulate that Defendant COUNTY may have twenty days from the filing of the First Amended Complaint to respond to the First Amended Complaint. The parties note that they have met and conferred pursuant to the Court's Order re Filing Requirements (ECF No. 3-2), regarding the content of the First Amended Complaint and any potential resolution.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: March 19, 2018            PORTER SCOTT
                                 A PROFESSIONAL CORPORATION

                                 By /s/John R. Whitefleet (authorized on March 15, 2018)
                                     John R. Whitefleet
                                     Attorney for Defendant COUNTY OF
                                     SACRAMENTO

Dated: March 19, 2018            LAW OFFICE OF KEVIN W. HARRIS

                                 By /s/Kevin W. Harris
                                     Kevin W. Harris
                                     Attorney for Plaintiff

///
///
///
///

{01794777.DOCX}                          2
**STIPULATION TO FILE FAC; [PROPOSED] ORDER**

**ORDER**

GOOD CAUSE appearing, the Court hereby grants Plaintiff leave to file the First Amended Complaint. Defendant COUNTY shall have twenty days from entry of this order to respond.

**IT IS SO ORDERED.**


Dated: 3/19/2018 /s/ John A. Mendez
U. S. District Court Judge

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706