**KEVIN W. HARRIS, SBN 133084**
**Attorney at Law**
1387 Garden Hwy., Suite 200
Sacramento, CA 95833
TEL: 916.271.0688
FAX: 855.800.4454
Attorneys for Plaintiff PABLO ROBLES

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
Attorneys for Defendant COUNTY OF SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO ROBLES, | CASE NO. 2:17-CV-01580-JAM-AC |
| Plaintiff, | **JOINT STIPULATION TO MODIFY SCHEDULING ORDER; ORDER** |
| v. | |
| COUNTY OF SACRAMENTO; SHERIFF SCOTT JONES, in his official capacity, DEPUTY HARDY (Badge No. 1434), DEPUTY DANIEL (Badge No. 645), DEPUTY MOVAHAN (Badge No. 452), DEPUTY PAM (Badge No. 31), SGT. M. LOPEZ (Badge No. 179), DEPUTY MATOON (Badge No. 1095), OFFICER S. ROBY (Badge No. 529), and Does 1-40, inclusive, | Complaint Filed: 12/04/2017
First Amended Comp.: 3/20/2018 |
| Defendants. | |

{02089261.DOCX} 1

**JOINT STIPULATION TO MODIFY SCHEDULING ORDER**

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

Plaintiff PABLO ROBLES and Defendant COUNTY OF SACRAMENTO by and through their respective counsel of record, submit the following Stipulation to Modify the PreTrial Scheduling Order, Order dated August 20, 2018 (ECF No. 27) to extend discovery cutoff to October 31, 2019. The parties submit good cause exists to modify the deadline insofar as the parties are in the midst of potential settlement discussions and have uncompleted discovery that may be necessary if said discussions do not result in resolution. This modification will not affect any other deadline.

Respectfully submitted,

Dated: October 4, 2019

*By* /s/ Kevin W. Harris (auth'd on 10/419)
    Kevin Harris
    Attorney for Plaintiff

Dated: October 4, 2019

PORTER SCOTT
A PROFESSIONAL CORPORATION

*By* /s/ John R. Whitefleet_____
    Carl L. Fessenden
    John R. Whitefleet
    Attorney for Defendants

## **ORDER**

Pursuant to the parties' stipulation, and good cause appearing, it is so ordered.

Dated: October 4, 2019

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge

{02089261.DOCX} 2

**JOINT STIPULATION TO MODIFY SCHEDULING ORDER**