1  **KEVIN W. HARRIS, SBN 133084**
   **Attorney at Law**
2  1387 Garden Hwy., Suite 200
   Sacramento, CA 95833
3  TEL:  916.271.0688
   FAX:  855.800.4454
4  Attorneys for Plaintiff PABLO ROBLES

5

6  **P O R T E R  |  S C O T T**
   A PROFESSIONAL CORPORATION
7  Carl L. Fessenden, SBN 161494
   John R. Whitefleet, SBN 213301
8  350 University Ave., Suite 200
   Sacramento, California 95825
9  TEL: 916.929.1481
   FAX: 916.927.3706
10 Attorneys for Defendant COUNTY OF SACRAMENTO

11

12                    UNITED STATES DISTRICT COURT

13                 EASTERN DISTRICT OF CALIFORNIA

14

15 PABLO ROBLES,                          CASE NO.  2:17-CV-01580-JAM-AC

16          Plaintiff,                     **JOINT STIPULATION FOR REFERRAL**
                                           **TO MAGISTRATE JUDGE FOR**
17 v.                                      **SETTLEMENT CONFERENCE**

18

19 COUNTY OF SACRAMENTO et al,

20          Defendants.                    Complaint Filed:  12/04/2017
                                           First Amended Comp.:  3/20/2018
21 _____/

22

23      Plaintiff PABLO ROBLES and Defendant COUNTY OF SACRAMENTO by and through

24 their respective counsel of record, understanding that court congestion may result in the current

25 trial start date of March 21, 2022 to be continued, and therefore submit the following Stipulation

26 to have this matter referred to a Magistrate Judge for Settlement Conference.

27

28

{02644262.DOCX}                            1

**JOINT STIPULATION FOR REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

1    Defendant notes in scheduling said conference or further proceedings, to please consider

2    counsel's calendar to include a 7 day trial commencing April 18, 2022, and pre-paid vacation June

3    17, 2022 to July 4, 2022.

4

5                                                          Respectfully submitted,

6    Dated:  March 11, 2022

7                                                          *By* /s/ Kevin W. Harris (auth'd on 03/09/22)
                                                               Kevin Harris
8                                                              Attorney for Plaintiff

9    Dated:  March 11, 2022                            PORTER SCOTT
10                                                       A PROFESSIONAL CORPORATION

11                                                       *By* /s/ John R. Whitefleet
12                                                           Carl L. Fessenden
                                                             John R. Whitefleet
13                                                           Attorney for Defendant

14

15                                **ORDER**

16    Good cause appearing, it is so ordered that this matter be referred to a Magistrate Judge for

17
     Settlement Conference.
18

19

20    Dated:  March 11, 2022                    /s/ John A. Mendez
                                                 THE HONORABLE JOHN A. MENDEZ
21                                               UNITED STATES DISTRICT COURT JUDGE

22

23

24

25

26

27

28

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

{02644262.DOCX}                              2

**JOINT STIPULATION FOR REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**