1  **Kevin W. Harris SBN 133084**
   **Attorney at Law**
2  **1387 Garden Hwy., Ste. 200**
   **Sacramento, CA 95833**
3  **Tel.: (916) 271-0688**
   **Fax: (855) 800-4454**
4
   **Attorney for Plaintiff Pablo Robles**
5
   **PORTER | SCOTT**
6  **A PROFESSIONAL CORPORATION**
   **Carl L. Fessenden, SBN 161494**
7  **John R. Whitefleet, SBN 213301**
   **350 University Ave., Suite 200**
8  **Sacramento, California 95825**
   **TEL: 916.929.1481**
9  **FAX: 916.927.3706**

10
   **Attorneys for Defendant COUNTY OF SACRAMENTO**
11

12
                    **BEFORE THE UNITED STATES DISTRICT COURT**
13
             **IN AND FOR THE EASTERN DISTRICT OF THE STATE OF CALIFORNIA**
14

15 | **Pablo Robles;** | **Case No.:   2:17-cv-01580-JAM-GGH** |

16 |        **Plaintiff,** | |
   |        vs. | **STIPULATION OF DISMISSAL** |
17 | | |
   | **County of Sacramento; Sheriff Scott** | |
18 | **Jones, in his official capacity, Deputy** | |
   | **Hardy (Badge No. 1434), Deputy Daniel** | |
19 | **(Badge No. 645), Deputy Movahan (Badge** | |
   | **No. 452),  Deputy PAM (Badge No. 31),** | |
20 | **Sgt. M. Lopez (Badge No. 179), Deputy** | |
   | **Matoon (Badge No. 1095), Officer S. Roby** | |
21 | **(Badge No. 529), and Does 1-40, inclusive.** | |

22 |        **Defendants.** | |

23

24       IT IS HEREBY STIPULATED by and through the parties to this action through their

25 attorneys of record that the above-captioned action be and hereby is dismissed with prejudice

26 pursuant to FRCP 41(a)(1).  Each party to bear their own costs and attorneys' fees except as

27 stated in the settlement agrement.

28

1 | Dated: August 17, 2022 | Respectfully submitted,

3 |   |    /s/ *Kevin W. Harris*
4 |   | Kevin W. Harris
  |   | Attorney for Plaintiff CHONG VANG

6 | Dated: August 17, 2022 | PORTER SCOTT

8 |   |    /s/ *John Whitefleet*
  |   | John Whitefleet
  |   | Attorney for the County of Sacramento